No. 181. FRED SANDERS, PLAINTIFF IN ERROR, *v.* THE COMMONWEALTH OF KENTUCKY. In error to the Court of Appeals of the State of Kentucky. January 30, 1905. Dismissed with costs, per stipulation. *Mr. Charles H. Gibson* for plaintiff in error. *Mr. Napoleon B. Hays* for defendant in error.

No. 187. MAX SCHUBACH, PLAINTIFF IN ERROR, *v.* WARWICK HOUGH, JUDGE, ETC., ET AL. In error to the Supreme Court of the State of Missouri. February 20, 1905. Dismissed with costs, on authority of counsel for the plaintiff in error. *Mr. Henry W. Bond* and *Mr. Frederick N. Judson* for plaintiff in error. *Mr. John F. Dillon* and *Mr. Martin L. Clardy* for defendants in error.

No. 252. RICHARD DILLON, PLAINTIFF IN ERROR, *v.* FRANK MARES. In error to the Supreme Court of the State of Montana. February 20, 1905. Dismissed with costs, on authority of counsel for the plaintiff in error. *Mr. Thomas J. Walsh* for plaintiff in error. *Mr. Henry G. McIntire* for defendant in error.